UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, For the Use and Benefit of MONDELLO SCAFFOLDING & SHORING, INC. <br>         Plaintiff, | * | CASE NO. _____ |
| versus | * | JUDGE:_____ |
| ENGINEERING DESIGN TECHNOLOGIES, INC. and LIBERTY MUTUAL INSURANCE COMPANY <br>         Defendants | * | MAGISTRATE:_____ |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the plaintiff, **THE UNITED STATES OF AMERICA, For the Use and Benefit of MONDELLO SCAFFOLDING & SHORING, INC.**, which asserts this action under the authority and provisions of The Miller Act, 40 U.S.C.A. Sections 3131 *et.seq,* and in support of this cause of action alleges the following:

1.

The Plaintiff in interest in this action is **MONDELLO SCAFFOLDING & SHORING, INC.**, a Louisiana corporation doing business and having its principal business and registered

office in Louisiana at 605 Sligo Road, Bossier City, Louisiana 71112 (hereinafter the "Plaintiff" or "Mondello").

2.

Made defendants herein are the following:

1. **ENGINEERING DESIGN TECHNOLOGIES, INC.**, a foreign corporation which maintains its principal business office at 1705 Enterprise Way, Suite 200, Marietta, Georgia 30067 (hereinafter "EDT"); and

2. **LIBERTY MUTUAL INSURANCE COMPANY**, a foreign insurance corporation authorized to do and doing business in Louisiana, which has its domiciliary address at 175 Berkeley Street, Boston, Massachusetts 02116 (hereinafter "Liberty Mutual"; EDT and Liberty Mutual are sometimes jointly referred to herein as "Defendants").

3.

This action arises under 40 U.S. C. A. Sections 3131, *et seq*, also known as The Miller Act, which provides this court with exclusive jurisdiction over the causes of action asserted against the Defendants named above. In further establishment of this court's jurisdiction, under the above federal statute, Plaintiff shows that this cause of action is based upon a claim against a general contractor and surety that Plaintiff has not been paid for labor, material, or equipment supplied the prosecution of work provided under subcontracts of a prime contract on a federal project on which labor was last performed and materials and equipment were last supplied by Plaintiff on or about October 1, 2018.

4.

Venue is proper before this court inasmuch as Plaintiff's work under the subcontracts on the federal project was performed and was to be performed within the Western District tof

Louisiana.

5.

At all times pertinent to this action, EDT contracted with the United Stated of America, Department of the Navy, Naval Facilities Engineering Command Southeast, located at IPT South Central Building 135, Jacksonville, Florida 32212-0030 (hereinafter the "Dept. Of Navy" or "Owner"), for the purpose of EDT's providing construction work for a federal project known as *Repair Airfield Drainage System, Barksdale Air Force Base, Bossier City, Louisiana*, Contract Project Number N69450-13-D-1764-0002 (hereinafter the "Prime Contract") located at 1049 Davis Avenue E, Barksdale AFB, Louisiana 71119 (hereinafter the "Project").

6.

Mondello entered into a Purchase Order dated February 28, 2018 with EDT to perform portions of the EDT scope of the work of the Project consisting of providing 109 construction mats (8'x16'x6") at 13 mats per truckload, which included the furnishing of labor, materials, and equipment as stated and freight charges to job site and return.

7.

Upon information and belief, Liberty Mutual issued a payment and performance bond for EDT as its principal in favor of the Owner as obligee on the Project and is, therefore, liable as surety for unpaid amounts owed by EDT to Mondello under the Purchase Order.

8.

Mondello provided the construction mats and other materials ordered by EDT as shown by the copy of the EDT purchase order attached to this complaint as Exhibit "A." Said materials are, upon information and belief, still on the construction site and may be still in use by EDT.

9.

The amount due and owing by EDT under the purchase order, for labor, services, and/or materials and equipment, through October 1, 2018, is $18,166.38.

10.

Upon information and belief, EDT has been paid by the Owner for all of the Work of the Project that was performed by Mondello.

11.

Despite the submission of invoices and the provision of written notice of Mondello's claim, and amicable demand for payment, EDT and Liberty Mutual have failed and refused to pay Plaintiff the balance due and owing.

12.

Plaintiff is entitled to a judgment over and against Defendants, in solido, in the total principal amount of $18,166.38 for the unpaid principal balance, together with 1.5% contractual interest from the date(s) payments were due until paid, judicial interest as provided under federal law, court costs, including the costs expert witnesses, lien notice costs of $1,000.00, and

x

reasonable attorney fees as provided under applicable law.

**WHEREFORE, PLAINTIFF, THE UNITED STATES OF AMERICA, For the Use and Benefit of MONDELLO SCAFFOLDING & SHORING CO., INC., PRAYS** that this Complaint be filed of record and that after all legal proceedings have been had, there be judgment in favor of the Plaintiff, **THE UNITED STATES OF AMERICA, For the Use and Benefit of MONDELLO SCAFFOLDING & SHORING CO., INC.** and against Defendants, **ENGINEERING DESIGN TECHNOLOGIES, INC. and LIBERTY MUTUAL INSURANCE COMPANY,** in solido, in the principal amount of **$18,166.38** plus interest on the principal amount at contractual or legal rates until paid, Plaintiff's reasonable attorney fees, and all court costs, including the costs of expert witnesses.

Respectfully submitted,

*Barham & Warner, L.L.C.*
S/: Vicki C. Warner
Vicki C. Warner, La. Bar # 17193
Elizabeth P. Grozinger, La. Bar #35160
920 Pierremont Road, Suite 412
Shreveport, LA 71106
Ph. (318) 865-0081
Fx: (318) 865-2009
warner@barhamandwarner.com
grozinger@barhamandwarner.com

ATTORNEYS FOR PLAINTIFF, MONDELLO SCAFFOLDING & SHORING CO., INC.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
THE UNITED STATES OF AMERICA for the use and benefit of MONDELLO SCAFFOLDING & SHORING, INC.

### DEFENDANTS
ENGINEERING DESIGN TECHNOLOGIES, INC., and LIBERTY MUTUAL INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  MARIETTA, GA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Barham & Warner, LLC, 920 Pierremont, Suite 412, Shreveport, LA 71106; Ph. 318-865-0081

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☒ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 USCA 3131 et. seq.
Brief description of cause:
Claim by supplier of labor/materials to enforce Miller Act lien against contractor and bond company

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ 18,166.38   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE Foote   DOCKET NUMBER 5:18-cv-00914

DATE 07/02/2019   SIGNATURE OF ATTORNEY OF RECORD  *Vicki C. Warner*

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____